UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JUSTIN L. BYRNE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | File No. 1:12-cv-245-jgm-jmc |
| : | |
| MARY TRUDELL, JENNA COGUEN, : | |
| JOANNE PEREIRA, TOM DUNN, : | |
| ANDREW PALLITO, JEFFREY LEGGIO, : | |
| DAVE NESBITT, : | |
| : | |
| Defendants. : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed June 10, 2014. (Doc. 64.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Defendants' Motion to Dismiss for Failure to Prosecute and Comply (Doc. 61) is GRANTED.  All remaining claims against Defendants are DISMISSED with prejudice.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 1st day of July, 2014.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge